# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

IN RE: JESSE CURTIS VOSE

           Debtor.

Case No: 3:25-bk-30712-SHB
Chapter 7

| | |
|---|---|
| Mark Kresser <br>     Plaintiff <br><br> vs. <br><br> Jesse Curtis Vose <br><br>     Debtor | ) <br> ) <br> ) <br> ) <br> ) Adv. Proc. No. 3:25-ap-03018-SHB <br> ) <br> ) <br> ) <br> ) |

## ORDER AS TO DISCHARGABILITY OF CERTAIN DEBT

This Court having heard the parties and the evidence submitted and any oral argument related to the of the claim of $168,000.00 submitted by Creditor Mark Kresser *pro se* in this matter, it is hereby ORDERED, DECREED And ADJUDGED that the debt is NON-DISCHARGABLE and that the relief sought in Plaintiff's Complaint is GRANTED.

### # # #

1

Submitted by:

_(signature)_

Mark Kresser, Plaintiff
2907 Summit Trails Drive
Sevierville, TN 37862
305-335-0677
markkresser@yahoo.com